JUDGE SWAIN

06 CV 5724

James T. Shirley, Jr. (JTS 6114)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

Attorneys for Plaintiffs Michael Williamson, The Estate of Don C. Craft, Kirk O'Donnell, John Lettow, Timothy McGinnis, Fred Newton, William Watson, Chris Hancock, Dale Schoeneman, and International Deep Sea Survey, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WILLIAMSON, THE ESTATE OF DON C. CRAFT, KIRK O'DONNELL, JOHN LETTOW, TIMOTHY MCGINNIS, FRED NEWTON, WILLIAM WATSON, CHRIS HANCOCK, DALE SCHOENEMAN, and INTERNATIONAL DEEP SEA SURVEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RECOVERY LIMITED PARTNERSHIP, COLUMBUS EXPLORATION, LLC, COLUMBUS-AMERICA DISCOVERY GROUP, INC. COLUMBUS EXPLORATION LIMITED PARTNERSHIP, OMNI ENGINEERING, INC., OMNI ENGINEERING OF OHIO, INC., ECONOMIC ZONE RESOURCE ASSOCIATES, ECONOMIC ZONE RESOURCE ASSOCIATES, LTD., EZRA, INC., EZRA OF OHIO, INC., ECON ENGINEERING ASSOCIATES, INC., DOE.E, INC., THOMAS G. THOMPSON, GILMAN D. KIRK, JAMES F. TURNER, MICHAEL J. FORD, and W. ARTHUR CULLMAN, JR., <br><br> Defendants. | 06 Civ. <br><br> **WRIT OF ATTACHMENT <br> AND GARNISHMENT** |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF**

**THE SOUTHERN DISTRICT OF NEW YORK (OR DESIGNATED PROCESS SERVER)**

**GREETINGS:**

WHEREAS a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 28th day of July, 2006 by

MICHAEL WILLIAMSON, THE ESTATE OF DON C. CRAFT, KIRK O'DONNELL, JOHN LETTOW, TIMOTHY MCGINNIS, FRED NEWTON, WILLIAM WATSON, CHRIS HANCOCK, DALE SCHOENEMAN, and INTERNATIONAL DEEP SEA SURVEY, INC.,

        Plaintiffs,

- against –

RECOVERY LIMITED PARTNERSHIP, COLUMBUS EXPLORATION, LLC, COLUMBUS-AMERICA DISCOVERY GROUP, INC. COLUMBUS EXPLORATION LIMITED PARTNERSHIP, OMNI ENGINEERING, INC., OMNI ENGINEERING OF OHIO, INC., ECONOMIC ZONE RESOURCE ASSOCIATES, ECONOMIC ZONE RESOURCE ASSOCIATES, LTD., EZRA, INC., EZRA OF OHIO, INC., ECON ENGINEERING ASSOCIATES, INC., DOE.E, INC., THOMAS G. THOMPSON, GILMAN D. KIRK, JAMES F. TURNER, MICHAEL J. FORD, and W. ARTHUR CULLMAN, JR.,

        Defendants,

in a certain action for breach of maritime contract wherein it is alleged that there is due and owing from Defendants to Plaintiffs the amount of $11,808,600.00 and praying for process of maritime attachment and garnishment against the Defendants, and for the attachment of the goods and chattels of said Defendants;

NOW, THEREFORE, we do hereby empower and strictly charge and command you, the said Marshal (or designated process server), to cite and admonish the said Defendants, if they shall be found in your district, to appear before the said District Court, at the U.S. District Courthouse for the Southern District of New York, New York, New York, that you attach

Defendants' goods and chattels in said District, to the amount sued for, in the hands of garnishees in this District, specifically including tangible or intangible assets alleged to be in the possession of the following garnishees:

    Bank of America, N.A.

    The Bank of New York

    Citibank, N.A.

    Deutsche Bank Trust Company Americas

    HSBC Bank USA, N.A.

    JPMorgan Chase Bank, N.A.

    LaSalle Bank, N.A.

    UBS AG

    U.S. Bank, N.A.

    Wachovia Bank, N.A.

    Wells Fargo Bank, N.A.

    Société Générale

    Standard Chartered Bank

    BNP Paribas

    Calyon Investment Bank

    American Express Bank

    Commerce Bank

    ABN Amro Bank

    Bank Leumi USA

    Credit Suisse

Fortis Financial Groups

Banco Popular

and if no goods and chattels can be found, that you attach Defendants' debts, credits and effects, to the amount sued for, in the hands of garnishees named in the Verified Complaint as may be found.

You are also directed to notify the said garnishees that:

(1)   A foreign attachment has been commenced against the Defendants;

(2)   The garnishee is required to file in the office of the Clerk of the United States District Court for the Southern District of New York within twenty (20) days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by the garnishee to the Defendants; all property of the Defendants in the possession, custody or control of the garnishee or to which the garnishee holds legal title; all property which is held by the garnishee as fiduciary in which the Defendants has an interest; and whether any property attached is immune or exempt from attachment; and

(3)   The garnishee is enjoined from paying any debt to or for the amount of Defendants, and from delivering any property owned by the Defendants to or for the account of the Defendants or otherwise disposing thereof;

(4)   The garnishee is required to promptly forward to Defendants, by any form of mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy of the Summons.

If the property of the Defendants is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

**Amount of Plaintiffs' claim: $11,808,600.00, including estimated interest.**

**J. MICHAEL McMAHON**
**Clerk**

By: _____   Date: 7.28.06
Deputy Clerk

James T. Shirley, Jr. (JTS 6114)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200
*Attorneys for Plaintiffs*
*Michael Williamson, The Estate Of Don C. Craft, Kirk O'Donnell, John Lettow,*
*Timothy McGinnis, Fred Newton, William Watson, Chris Hancock, Dale Schoeneman,*
*and International Deep Sea Survey, Inc.*