CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MICHAEL WILLIAMSON, *et al.*,                  :
                                               :
                Plaintiffs,     :     **06-CV-5724 (LTS)**
                                               :
                v.              :     **NOTICE OF**
                                               :     **APPEARANCE**
RECOVERY LIMITED PARTNERSHIP, *et al.*         :
                                               :
                Defendants.     :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
         August 4, 2006

                                            CLARK, ATCHESON & REISERT
                                            Attorneys for Garnishee
                                            Societe Generale New York Branch


                  By:     _____
                           Richard J. Reisert (RR-7118)
                           7800 River Road
                           North Bergen, NJ  07047
                           Tel: (201) 537-1200
                           Fax: (201) 537-1201
                           Email:  reisert@navlaw.com