UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL WILLIAMSON, THE ESTATE
OF DON C. CRAFT, KIRK O'DONNEL, JOHN
LETTOW, TIMOTHY MCGINNIS, FRED
NEWTON, WILLIAM WATSON, CHRIS
HANCOCK, DALE SCHONEMAN and
INTERNATIONAL DEEP SEA SURVEY, INC.,

    Plaintiffs,

- against -

RECOVERY LIMITED PARTNERSHIP,
COLUMBUS EXPLORATION, LLC,
COLUMBUS-AMERICA DISCOVERY GROUP,
INC., COLUMBUS EXPLORATION LIMITED
PARTNERSHIP, OMNI ENGINEERING, INC.,
OMNI ENGINEERING OF OHIO, INC.,
ECONOMIC ZONE RESOURCE ASSOCIATES,
ECONOMIC ZONE RESOURCE ASSOCIATES,
LTD., EZRA, INC., EZRA OF OHIO, INC., ECON
ENGINEERING ASSOCIATES, INC. DOE.E,
INC., THOMAS G. THOMPSON, GILMAN D.
KIRK, JR., JAMES F. TURNER, MICHAEL J.
FORD, JR. and W. ARTHUR CULLMAN, JR.,

    Defendants.
------------------------------------------------------------------X

**ORDER TO SHOW CAUSE**

06-CV-5724 (LTS)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 10/18/06

    **PLEASE TAKE NOTICE** that upon the annexed declaration of REX H. ELLIOTT, sworn to on October 13, 2006, the accompanying Exhibits and Memorandum of Law, and upon all other papers and prior proceedings had herein, it is hereby

    ORDERED, that Plaintiffs Michael Williamson, the Estate of Don C. Craft, Kirk O'Donnel, John Lettow, Timothy McGnnis, Fred Newton, William Watson, Chris Hancock, Dale Schoneman and International Deep Sea Survey, Inc., show cause on October 26, 2006 at 11:00

428197.1 DocsNY

o'clock in the ~~fore~~ _fore_ noon, or as soon thereafter as counsel can be heard, before the Honorable Laura Taylor Swain, in Room 17C of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, why this Court should not make and enter an order granting defendants' Motion to vacate Plaintiffs' Rule B Attachment and to dismiss the Verified Complaint in this matter in its entirety; and it is further

ORDERED, that service upon the Plaintiffs of a copy of this Order and of the papers upon which it is based, made by mailing a copy via overnight mail to James T. Shirley, Holland & Knight, LLP, 295 Broadway, New York, New York 10007-3189 on or before October 17, _or by hand delivery on or before October 18, 2006_ 2006, shall be deemed good and sufficient service upon Plaintiff of this Order; and it is further

ORDERED, that Plaintiffs' answering papers, if any, shall be filed with the Court, _with a courtesy copy to Chambers,_ and served on Landman Corsi Ballaine & Ford P.C. so as to be received on or before 12 ~~5:00~~ p.m. on October 23 2006; and it is further

ORDERED, that Defendants' reply papers in response to Plaintiffs' and/or Defendants' answering papers shall be filed with the Court _with a courtesy copy to Chambers_ and served upon counsel for Plaintiffs and Defendants so as to be received on or before 5pm on October 24, 2006.

Dated: October 16, 2006

SO ORDERED:

_____
U.S.D.J.

Exhibit A