USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL WILLIAMSON, THE ESTATE
OF DON C. CRAFT, KIRK O'DONNEL,
JOHN LETTOW, TIMOTHY MCGINNIS,
FRED NEWTON, WILLIAM WATSON,
CHRIS HANCOCK, DALE SCHONEMAN and
INTERNATIONAL DEEP SEA SURVEY, INC.,

   Plaintiffs,

 - against -

RECOVERY LIMITED PARTNERSHIP,
COLUMBUS EXPLORATION, LLC,
COLUMBUS-AMERICA DISCOVERY GROUP,
INC., COLUMBUS EXPLORATION LIMITED
PARTNERSHIP, OMNI ENGINEERING, INC.,
OMNI ENGINEERING OF OHIO, INC., ECONOMIC
ZONE RESOURCE ASSOCIATES, ECONOMIC
ZONE RESOURCE ASSOCIATES, LTD., EZRA,
INC., EZRA OF OHIO, INC., ECON ENGINEERING
ASSOCIATES, INC. DOE.E, INC., THOMAS G.
THOMPSON, GILMAN D. KIRK, JR., JAMES F.
TURNER, MICHAEL J. FORD, JR. and
W. ARTHUR CULLMAN, JR.,

   Defendants.
------------------------------------------------------------X

ORDER FOR ADMISSION
OF ATTORNEY
RICHARD T. ROBOL
PRO HAC VICE

06-CV-5724 (LTS)

 AND NOW, this 26 day of October, 2006, upon consideration of the defendants Recovery Limited Partnership, Columbus Exploration, LLC, Columbus-America Discovery Group, Inc., Columbus Exploration Limited Partnership, Omni Engineering, Inc., Omni Engineering of Ohio, Inc., Economic Zone Resource Associates, Economic Zone Resource Associates, Ltd., Ezra, Inc., EZRA of Ohio, Inc., ECON Engineering Associates, Inc., DOE.E, Inc., Thomas G. Thompson, Gilman D. Kirk, Jr., James F. Turner, Michael J. Ford, Jr. and

428299.1 DocsNY

W. Arthur Cullman, Jr.'s Motion for Admission *Pro Hac Vice* of Richard T. Robol and the consent of plaintiff's counsel thereto,

**IT IS HEREBY ORDERED**, that said Motion is GRANTED. Richard T. Robol is admitted to the Bar of this Court in the above-entitled action and shall be allowed to participate in all aspects of the instant litigation on behalf of defendants, subject to payment of the required fee.

SO ORDERED:

26 Oct 2006

Laura Taylor Swain
United States District Judge