James T. Shirley, Jr. (JS 6114)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Attorneys for Plaintiffs Michael Williamson, The Estate of Don C. Craft, Kirk O'Donnell, John Lettow, Timothy McGinnis, Fred Newton, William Watson, Chris Hancock, Dale Schoeneman, and International Deep Sea Survey, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WILLIAMSON, THE ESTATE OF DON C. CRAFT, KIRK O'DONNELL, JOHN LETTOW, TIMOTHY MCGINNIS, FRED NEWTON, WILLIAM WATSON, CHRIS HANCOCK, DALE SCHOENEMAN, and INTERNATIONAL DEEP SEA SURVEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RECOVERY LIMITED PARTNERSHIP, COLUMBUS EXPLORATION, LLC, COLUMBUS-AMERICA DISCOVERY GROUP, INC. COLUMBUS EXPLORATION LIMITED PARTNERSHIP, OMNI ENGINEERING, INC., OMNI ENGINEERING OF OHIO, INC., ECONOMIC ZONE RESOURCE ASSOCIATES, ECONOMIC ZONE RESOURCE ASSOCIATES, LTD., EZRA, INC., EZRA OF OHIO, INC., ECON ENGINEERING ASSOCIATES, INC., DOE.E, INC., THOMAS G. THOMPSON, GILMAN D. KIRK, JAMES F. TURNER, MICHAEL J. FORD, and W. ARTHUR CULLMAN, JR., <br><br> Defendants. | 06 Civ. 5724 (LTS) <br><br> **CERTIFICATE OF SERVICE** |

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on October 30, 2006, I served a true and correct of the following documents:

1. Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendants' Motion by Order to Show Cause to Vacate Maritime Attachment;

2. Declaration of Michael E. Williamson; and

3. Supplemental Affidavit of James T. Shirley, Jr. in Opposition to Defendants' Motion by to Vacate Rule B Attachment, with exhibits A-L;

and on October 31, 2006, corrected exhibits M & N to Affidavit of James T. Shirley, Jr., by "Notice of Electronic Filing" that is automatically generated by the court's Electronic Filing System and constitutes service of the filed documents on ECF users and by email to:

**Via E-Mail**
Landman Corsi Ballian & Ford P.C.
Attorneys for Defendants
120 Broadway, 27th Floor
New York, New York 10271
Attn: David S. Moretti, Esq.
Tel: (212) 238-4835
Fax: (212) 238-4848

**Via E-Mail**
Robol Law Office, LPA
555 City Park Avenue
Columbus, Ohio 43215
Att: Richard T. Robol, Esq.
Tel: (614) 737-3739
Fax: (614)737-3756

**Via E-Mail**
Dinsmore & Shohl LLP
175 South Third Street, 10th Floor
Columbus, Ohio 43215-5134
Att: William M. Mattes, Esq.
Tel: (614) 628-6901
Fax: (614) 628-8901

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 31, 2006

_____
ELVIN RAMOS