# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

November 15, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/06

James T. Shirley, Jr.
212 513 3561
jim.shirley@hklaw.com

**VIA TELECOPIER: (212) 805-0426**

Honorable Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this **Memo** Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Michael Williamson, et al. v. Recovery Limited Partnership, et al.*
06 Civ. 5724 (LTS)
Our File No.: 508860-00001

Dear Judge Swain:

We are counsel for the Williamson Plaintiffs in the referenced matter.

According to Your Honor's INITIAL CONFERENCE ORDER, counsel for the parties are required to prepare and file a Preliminary Pre-Trial Statement on or before November 22, 2006, and attend a pre-trial conference before Your Honor at 3:00 p.m. on December 1, 2006. We write to request that the deadline for the submission and the date for the conference be adjourned *sine die* for the following reasons:

1. This is a Supplemental Admiralty Rule B attachment proceeding for purposes of obtaining security in a matter that is pending before the Hon. Edmund Sargus, U.S.D.J. in the U.S. District Court for the Southern District of Ohio, and the matter will be tried on the merits in that court and not in the Southern District of New York.

2. There is currently pending before Your Honor a Motion to Vacate the attachments which have been made and to dismiss the attachment proceeding in New York. Since the trial on the merits will be in Ohio, we do not envision a trial in New York, irrespective of which way the motion is decided.

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo • *Representative Office

Honorable Laura T. Swain
November 15, 2006
Page 2

      The undersigned has spoken to Daniel Moretti, Esq., New York counsel for the Defendants in this action, and he agrees with this request.

Respectfully submitted,
Holland & Knight LLP

James T. Shirley, Jr.

cc: **ALL VIA TELECOPIER:**

| | |
|---|---|
| Landman Corsi Ballian & Ford P.C.<br>Attorneys for Defendants<br>Attn: Daniel S. Moretti, Esq.<br>     Nicole Dyer, Esq. | Fax No.: (212) 238-4848 |
| Richard Robol, Esq. | Fax No.: (614) 737-3739 |
| William Mattes, Esq. | Fax No.: (614) 628-8901 |

#4189253_v1

*The conference is adjourned to a holding date of March 2, 2007 at 10:30 Am and the submission requirements are adjourned sine die.*

SO ORDERED.

11/16/2006
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE