James T. Shirley, Jr. (JTS 6114)
Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL WILLIAMSON, THE ESTATE OF
DON C. CRAFT, KIRK O'DONNELL,
JOHN LETTOW, TIMOTHY MCGINNIS,
FRED NEWTON, WILLIAM WATSON, CHRIS
HANCOCK, DALE SCHOENEMAN, and
INTERNATIONAL DEEP SEA SURVEY, INC.,

      Plaintiffs,

v.

RECOVERY LIMITED PARTNERSHIP,
COLUMBUS EXPLORATION, LLC,
COLUMBUS-AMERICA DISCOVERY GROUP, INC.
COLUMBUS EXPLORATION LIMITED
PARTNERSHIP, OMNI ENGINEERING, INC.,
OMNI ENGINEERING OF OHIO, INC.,
ECONOMIC ZONE RESOURCE ASSOCIATES,
ECONOMIC ZONE RESOURCE ASSOCIATES, LTD.,
EZRA, INC., EZRA OF OHIO, INC., ECON
ENGINEERING ASSOCIATES, INC., DOE.E, INC.,
THOMAS G. THOMPSON, GILMAN D. KIRK,
JAMES F. TURNER, MICHAEL J. FORD, and
W. ARTHUR CULLMAN, JR.,

      Defendants.

06 Civ. 5724 (LTS)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF NEW YORK   )

      RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New

York, affirms under penalty of perjury:

That on November 16, 2006, I served a true copy of the attached Memo Endorsed via telefax to the following:

    Daniel S. Moretti, Esq.
    Fax No.: (212) 238-4848

    Richard Robol, Esq.
    Fax No.: (614) 737-3756

    William Mattes, Esq.
    Fax No.: (614) 628-6890

                                      _____
                                             RUDY D. GREEN

Dated: November 17, 2007

# EXHIBIT

# Holland Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

| **TO:** | | |
|---|---|---|
| Daniel S. Moretti, Esq. | Landman Corsi Ballian & Ford P.C. | (212) 238-4848 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| New York | NY | |
| CITY | STATE | (TELEPHONE NUMBER) |

| **TO:** | | |
|---|---|---|
| Richard Robol, Esq. | | (614) 737-~~3739~~ 3750 |
| NAME | COMPANY/FIRM | FAX NUMBER |

| **TO:** | | |
|---|---|---|
| William Mattes, Esq. | | (614) 628-~~8901~~ 6890 |
| NAME | COMPANY/FIRM | FAX NUMBER |

| **FROM:** | | |
|---|---|---|
| Rudy Green | (212) 513-3591 | 4 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

| **FOR THE RECORD:** | | | |
|---|---|---|---|
| DATE: November 16, 2006 | URGENCY: ☐ SUPER RUSH | | ☐ RUSH ☐ REGULAR |
| FAXED BY: | FILE #: 508860-00001 | CLIENT NAME: | |
| CONFIRMED: ☐ YES ☐ NO | NAME: | | TIME: |

If you did not receive all of the pages or find that they are illegible, please call
**212 513 3200**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

Attached is a Memo Endorsed adjourning the conference to a holding date of March 2, 2007.



**CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT JUDGE**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 805-0417

# FAX COVER SHEET

Date: __November 16, 2006_____

FAX NUMBER TRANSMITTED TO: __(212) 385-9010

To:   James T. Shirley, Jr., Esq.

_____

_____
_____
_____
_____
_____

**It is ordered that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to chambers.**

NUMBER OF PAGES ____2____ NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (212) 805-0417.

# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

November 15, 2006

James T. Shirley, Jr.
212 513 3561
jim.shirley@hklaw.com

**VIA TELECOPIER: (212) 805-0426**

Honorable Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Michael Williamson, et al. v. Recovery Limited Partnership, et al.*
06 Civ. 5724 (LTS)
Our File No.: 508860-00001

Dear Judge Swain:

We are counsel for the Williamson Plaintiffs in the referenced matter.

According to Your Honor's INITIAL CONFERENCE ORDER, counsel for the parties are required to prepare and file a Preliminary Pre-Trial Statement on or before November 22, 2006, and attend a pre-trial conference before Your Honor at 3:00 p.m. on December 1, 2006. We write to request that the deadline for the submission and the date for the conference be adjourned *sine die* for the following reasons:

1. This is a Supplemental Admiralty Rule B attachment proceeding for purposes of obtaining security in a matter that is pending before the Hon. Edmund Sargus, U.S.D.J. in the U.S. District Court for the Southern District of Ohio, and the matter will be tried on the merits in that court and not in the Southern District of New York.

2. There is currently pending before Your Honor a Motion to Vacate the attachments which have been made and to dismiss the attachment proceeding in New York. Since the trial on the merits will be in Ohio, we do not envision a trial in New York, irrespective of which way the motion is decided.

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo • *Representative Office

Honorable Laura T. Swain
November 15, 2006
Page 2

The undersigned has spoken to Daniel Moretti, Esq., New York counsel for the Defendants in this action, and he agrees with this request.

Respectfully submitted,
Holland & Knight LLP

James T. Shirley, Jr.

cc: **ALL VIA TELECOPIER:**

| | |
|---|---|
| Landman Corsi Ballian & Ford P.C.<br>Attorneys for Defendants<br>Attn: Daniel S. Moretti, Esq.<br>Nicole Dyer, Esq. | Fax No.: (212) 238-4848 |
| Richard Robol, Esq. | Fax No.: (614) 737-3739 |
| William Mattes, Esq. | Fax No.: (614) 628-8901 |

# 4189253_v1

The conference is adjourned to a holding date of March 2, 2007 at 10:30 AM and the submission requirements are adjourned sine die.

SO ORDERED.

11/16/2006
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

```
Group Send Report

                                    Page        : 001
                                    Date & Time : Nov-16-06  04:30pm
                                    Line 1      : 212
                                    Line 2      :
                                    Machine ID  : HOLLAND AND KNIGHT

Job number          :  448

Date                :  Nov-16 04:21pm

Number of pages     :  004

Start time          :  Nov-16 04:21pm

End time            :  Nov-16 04:30pm

Successful nbrs.

    Fax numbers

        ☎*73591#508860#01#912122384848


Unsuccessful nbrs.                                                         Pages sent

    Fax numbers

        ☎73591#508860#01#916147373739                                          000
        ☎73591#508860#01#916146288901                                          000
```

Group Send Report

```
                                        Page        : 001
                                        Date & Time : Nov-16-06  04:51pm
                                        Line 1      : 212
                                        Line 2      :
                                        Machine ID  : HOLLAND AND KNIGHT
```

| | |
|---|---|
| Job number | : 449 |
| Date | : Nov-16 04:40pm |
| Number of pages | : 004 |
| Start time | : Nov-16 04:40pm |
| End time | : Nov-16 04:51pm |

Successful nbrs.

    Fax numbers

        ☎73591#508860#1#916146286890#

Unsuccessful nbrs.                                                      Pages sent

    Fax numbers

        ☎*73591#508860#1#916147373756                                      000

HP OfficeJet T Series  
Personal Printer/Fax/Copier/Scanner

Fax History Report for

Nov 16 2006 7:03pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 16 | 7:01pm | Sent | 916147373756# | 1:40 | 4 | OK |

Result:
  OK - black and white fax
  OK color - color fax