UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL WILLIAMSON, THE ESTATE OF DON C.
CRAFT, KIRK O'DONNELL, JOHN LETTOW,
TIMOTHY MCGINNIS, FRED NEWTON, WILLIAM
WATSON, CHRIS HANCOCK, DALE SCHOENEMAN,
and INTERNATIONAL DEEP SEA SURVEY, INC.,

        Plaintiffs,

  - against -

RECOVERY LIMITED PARTNERSHIP, COLUMBUS
EXPLORATION, LLC, COLUMBUS-AMERICA
DISCOVERY GROUP, INC., COLUMBUS
EXPLORATION LIMITED PARTNERSHIP, OMNI
ENGINEERING, INC., OMNI ENGINEERING OF
OHIO, INC., ECONOMIC ZONE RESOURCE
ASSOCIATES, ECONOMIC ZONE RESOURCE
ASSOCIATES, LTD., EZRA, INC., EZRA OF OHIO,
INC., ECON ENGINEERING ASSOCIATES, INC.,
DOE.E, INC., THOMAS G. THOMPSON, GILMAN D.
KIRK, JR., JAMES F. TURNER, MICHAEL J. FORD,
JR., AND W. ARTHUR CULLMAN, JR.,

        Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEAL**

06-CV-5724 (LTS)




    **PLEASE TAKE NOTICE** that defendants Recovery Limited Partnership, Columbus Exploration, LLC, Columbus-America Discovery Group, Inc., Columbus Exploration Limited Partnership, Omni Engineering, Inc., Omni Engineering of Ohio, Inc., Economic Zone Resource Associates, Economic Zone Resource Associates, Ltd., EZRA, Inc., EZRA of Ohio, Inc., Econ Engineering Associates, Inc., Doe.E, Inc., Thomas G. Thompson, Gilman D. Kirk, Jr., James F. Turner, Michael J. Ford, Jr., and W. Arthur Cullman, Jr. (collectively "defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Order of the Court dated and entered on January 16, 2007 in which the Court denied defendants' application to vacate orders authorizing the issuance of writs of attachment pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims, denied defendants' motion to dismiss, denied defendants'

435374.1 DocsNY

request for a hearing and denied defendants' request for fees, costs and damages.

Dated: New York, New York
February 14, 2007

_Richard T. Robol_ (wbb)
Richard T. Robol
Admitted *Pro Hac Vice*
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio
(614) 737-3739


Attorneys for Defendants
Recovery Limited Partnership, Columbus Exploration, LLC, Columbus-America Discovery Group, Inc., Columbus Exploration Limited Partnership, Omni Engineering, Inc., Omni Engineering of Ohio, Inc., Economic Zone Resource Associates, Economic Zone Resource Associates, Ltd., EZRA, Inc., EZRA of Ohio, Inc., Econ Engineering Associates, Inc., Doe.E, Inc.

_William G. Ballaine_
Daniel S. Moretti (DSM 6630)
William G. Ballaine (WB 4344)
LANDMAN CORSI BALLAINE &
 FORD P.C.
120 Broadway - 27th
New York, New York 10271-0079
(614) 628-6880

William M. Mattes
Admitted *Pro Hac Vice*
DINSMORE & SHOHL LLP
175 South Third Street
Columbus, Ohio 43125
(614) 628-6880


Attorneys for Defendants
Thomas G. Thompson, Gilman D. Kirk, Jr., James F. Turner, Michael J. Ford, Jr., and W. Arthur Cullman, Jr.

<u>CLERK</u>: Please mail copies of the above Notice of Appeal to the following:

TO:    James T. Shirley, Jr.
HOLLAND & KNIGHT, LLP
Attorneys for Plaintiffs
195 Broadway
New York, New York 10007-3189
(212) 513-3200

William M. Mattes
DINSMORE & SHOHL LLP
175 South Third Street
Columbus, Ohio 43125
(614) 628-6880

Richard T. Robol
ROBOL LAW OFFICE, LPA
555 City Park Avenue
Columbus, Ohio 43125
(614) 737-3739

Daniel S. Moretti
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway - 27th Floor
New York, New York 10271-0079
(212) 238-4800

Richard J. Reisert
CLARK, ATCHESON & REISERT
7800 River Road
North Bergen, New Jersey 07047
(201) 537-1201